IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 118-088 |
| | * | |
| ALVIN TYRONE STURGIS, JR. | * | |

O R D E R

Presently before the Court is a "Demand for Order" filed by Defendant Sturgis. On July 12, 2019, Defendant was sentenced to serve 46 months imprisonment upon his guilty plea to possession of a firearm by a prohibited person, a violation of 18 U.S.C. § 922(g)(1). The Court expressly provided that this federal sentence shall run "consecutively to any term of imprisonment imposed upon the revocation of the probation term the defendant is serving in Richmond County Superior Court, Docket Number 2010RCCR01754." (See Judgment & Commitment Order, Doc. 28, at 2.)

The specific relief Defendant seeks through the instant motion is not clear, but the Court discerns that he either wants his federal sentence to run concurrent with his state sentence or he wishes to remain in a state-run facility to serve his federal sentence.

To the extent Defendant is asking to convert his consecutive sentence into a concurrent one, this Court does not have the

authority to modify a sentence once it has been imposed with three exceptions, none of which apply here. See 18 U.S.C. § 3582(c)(2). Accordingly, the Court is without authority to even consider Defendant's motion. Moreover, once Defendant has completed his state sentence, he will be turned over to the custody of the Bureau of Prisons, which holds a detainer upon Defendant for this purpose, to serve his federal sentence. And while the Bureau of Prisons has the power to designate a state facility *nunc pro tunc* as the place of federal confinement so that a defendant may gain credit against a federal sentence for the time served in the state facility, this is a decision within the discretion of the Bureau of Prisons and not this Court.

Upon the foregoing, Defendant's "Demand for Order" (doc. 30) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA